UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | M.B.D.. Case No. 25-91462 |
| | ) | |
| MANOLO MORALES LOPEZ, | ) | |
| | ) | |
| Defendant | ) | |

**ASSENTED-TO MOTION FOR ENDS OF JUSTICE CONTINUANCE
OF TIME FOR FILING INDICTMENT OR INFORMATION
AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed for the Government's pending case against Manolo Morales Lopez, Case No. 25-mj-08432-PGL, and to exclude the time from October 10, 2025, through and including November 24, 2025, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding this period outweigh the best interests of the public and the defendant in a speedy trial.  Per this motion, the Government requests that the date for the filing of any indictment under the Speedy Trial Act be set at November 24, 2025, absent further Order of the Court.  The Government further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay.*  The Government has conferred with counsel for Defendant and Defendant assents to this continuance and exclusion of time under the Speedy Trial Act.  In support of its request for a continuance and exclusion of time, The Government states as follows:

1.    On September 12, 2025, the defendant made his first appearance on a complaint charging him with assault on a government officer, in violation of 18 U.S.C. § 111(a).  *See* Case No. 25-mj-08432-PGL.

2.    The parties have been engaged in discussions regarding the potential resolution of this matter.  Even with the exercise of due diligence, however, the parties will be unable to finalize their discussions prior to the time within which an indictment or information must be filed. Accordingly, the government respectfully requests a 45-day extension of the time within which an indictment or information must be filed in this case.

3.    In light of the foregoing, the government requests that the period to file an indictment or information in the case be tolled through November 24, 2025, and that the period from October 10, 2025, through November 24, 2025, be excluded under the Speedy Trial Act.  Any indictment or information should be filed in this case by November 24, 2025, absent further Order of the Court.

4.    A proposed order is attached.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     /s/ Robert E. Richardson
Robert E. Richardson
Assistant U.S. Attorney

Certificate of Service

I hereby certify that I have served a copy of the foregoing on counsel of record on this eighth day of October, 2025, by e-mail.

/s/ Robert E. Richardson
Robert E. Richardson
Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | M.B.D. Case No. 25-61462 |
| | ) | |
| MANOLO MORALES LOPEZ, | ) | |
| | ) | |
| Defendant | ) | |

**<u>ORDER OF CONTINUANCE AND EXCLUDABLE DELAY</u>**

Upon consideration of the Government's Assented-to Motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendant has been charged by criminal complaint with assault on a federal officer, in violation of 18 U.S.C. § 111(a). *See* Case No. 25-mj-08432-PGL. The parties have been engaged in discussions regarding the potential resolution of this matter. Even with the exercise of due diligence, however, the parties will be unable to finalize their discussions prior to the time within which an indictment or information must be filed. Accordingly, the United States requests an extension of the time within which to return an indictment or file an information. The requested exclusion of time represents a 45-day extension of the United States' time to file an indictment or information under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from October 10, 2025, through and including November 24, 2025, from the speedy trial clock, outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

3

In light of the foregoing, the Court hereby grants the Motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases,* (1) the date on which an indictment or information must be filed is continued to November 24, 2025, and (2) the period from October 10, 2025 through and including November 24, 2025, is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
HON.
UNITED STATES DISTRICT JUDGE


Date: